IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
FILIBERTO SANCHEZ

Case No.: 23-17117-RAM  
Chapter 13

    Debtor,  
_____/

## NOTICE OF WITHDRAWAL

The Debtor, FILIBERTO SANCHEZ (the "Debtor"), by the undersigned attorney, files this Notice of Withdrawal of:

1. Motion to Reinstate Case filed by undersigned [ECF No. 11] filed on October 2, 2023.

**WHEREFORE**, the Debtor requests from this Honorable Court to take notice of the withdrawal of ECF No. 11, and thereby canceling the October 17th hearing on said motion [ECF No. 12].

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served on the Debtor, the Chapter 13 Trustee, the US Trustee via Electronic Service and all others requesting service via Electronic Notice on October 16, 2023

    PraDa Law  
    1450 NW 87 Avenue, Suite 210  
    Doral, FL 33172  
    *Telephone:* (305) 203-1059  
    *Facsimile:* (786) 513-4627

    Alexis Garcia, Esq.  
    Bar No. 067269  
    agarcia@PraDa.law

23-17117-RAM Notice will be electronically mailed to:  
Alexis C Garcia on behalf of Debtor Filiberto Sanchez  
agarcia@PraDa.Law, agarcia@alexisgarcia.legal  
Nancy K. Neidich  
e2c8f01@ch13miami.com, ecf2@ch13miami.com  
Office of the US Trustee  
USTPRegion21.MM.ECF@usdoj.gov